UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
_____

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' DEFINED CONTRIBUTION
PENSION FUND, LABOR MANAGEMENT
COOPERATION TRUST FUND, and JERRY SHEA
(in his capacity as Trustee),

CONTRACT ADMINISTRATION FUND,

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS,

        Plaintiffs,

  v.                                      Case No.  14-cv-441

URBAN CONSTRUCTION ADMINISTRATION, INC.
and DeANGELO JACKSON,

        Defendants.
_____

ENTRY OF DEFAULT
AS TO DEFENDANT DeANGELO JACKSON
_____

The Clerk of Court for the United States District Court for the Western District of Wisconsin, having noted that the Defendant in the above-captioned matter, DeAngelo Jackson, has failed to plead or otherwise defend as provided under the Fed. R. Civ. P. and that fact has been made to appear by the Affidavit of the attorney for the Plaintiffs;

The Clerk hereby enters the default of Defendant DeAngelo Jackson pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 28th day of August, 2014.

s/L. Kamke, Deputy Clerk
Clerk of Court, Peter Oppeneer