UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
_____

**NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' DEFINED CONTRIBUTION
PENSION FUND, LABOR MANAGEMENT
COOPERATION TRUST FUND, and JERRY SHEA
(in his capacity as Trustee),**

**CONTRACT ADMINISTRATION FUND,**

**NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS,**

        **Plaintiffs,**

  v.                                         **Case No.  14-cv-441**

**URBAN CONSTRUCTION ADMINISTRATION, INC.
and DeANGELO JACKSON,**

        **Defendants.**
_____

**ENTRY OF DEFAULT
AS TO DEFENDANT URBAN CONSTRUCTION ADMINISTRATION, INC.**
_____

The Clerk of Court for the United States District Court for the Western District of Wisconsin, having noted that the Defendant in the above-captioned matter, Urban Construction Administration, Inc., has failed to plead or otherwise defend as provided

under the Fed. R. Civ. P. and that fact has been made to appear by the Affidavit of the attorney for the Plaintiffs;

The Clerk hereby enters the default of Defendant Urban Construction Administration, Inc. pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this  28th  day of   August               , 2014.

                                     s/L. Kamke, Deputy Clerk
                                 Clerk of Court, Peter Oppeneer