IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' DEFINED CONTRIBUTION
PENSION FUND,
LABOR MANAGEMENT TRUST FUND,
JERRY SHEA (in his capacity as trustee),
CONTRACT ADMINISTRATION FUND, and
NORTH CENTRALSTATES REGIONAL COUNCIL
OF CARPENTERS,

               Plaintiffs,                    ORDER & JUDGMENT

  v.

                                      14-cv-441-jdp

URBAN CONSTRUCTION ADMINISTRATION, INC.,
and DeANGELO JACKSON,

               Defendants.

---

      Request and motion for default judgment brought by the plaintiffs in the above-captioned action were submitted to the court and filed with the clerk. This action having come on hearing before the court, the issues having been duly heard, and a decision having been duly rendered, the court orders as follows:

      1.    Defendant Urban Construction Administration, Inc. has failed to plead or otherwise defend as provided by Fed. R. Civ. P. 55(a).

      2.    Defendant Urban Construction Administration, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income

Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to the plaintiff Funds.

3.  As a result of defendant Urban Construction Administration, Inc.'s failure, plaintiffs are entitled to damages consisting of unpaid contributions, interest, liquidated damages, attorney fees, and costs.

4.  The court assesses the total damages to plaintiffs in the sum of $133,756.34. This sum includes $10,882.85 in contributions, interest, and liquidated damages owed to the North Central States Regional Council of Carpenters' Vacation Fund and $5,961.13, representing working dues owed to the North Central States Regional Council of Carpenters Union. Defendant DeAngelo Jackson would be jointly and severally liable for both of these amounts, but for the proceeding in the United States Bankruptcy Court for the Western District of Wisconsin, case number 14-12743, which requires this court to stay this action with respect to Jackson's liability.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiffs, North Central States Regional Council of Carpenters' Pension Fund, North Central States Regional Council of Carpenters' Health Fund, North Central States Regional Council of Carpenters' Vacation Fund, North Central States Regional Council of Carpenters' Apprenticeship & Journeyman Training Fund, North Central States Regional Council of Carpenters' Defined Contribution Pension Fund, Labor Management Cooperation Trust Fund, Jerry Shea, Contract Administration Fund

and North Central States Regional Council of Carpenters, recover $133,756.34 from defendant Urban Construction Administration, Inc.

Entered this 17th day of September, 2014.

BY THE COURT:

/s/
JAMES D. PETERSON
District Judge